GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant United States Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Main Fax: 602-514-7693
Email: Katherine.Branch@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Claflin, <br><br> Plaintiff, <br><br> v. <br><br> Robert L. Wilkie, <br><br> Defendant. | No. CV-19-04718-PHX-JJT <br><br> **NOTICE OF SUBSTITUTION OF PARTY** |

Defendant Robert Wilkie was named in his official capacity as the Secretary of Veterans Affairs. Secretary Wilkie was succeeded in office by Denis McDonough, who was confirmed as the Secretary of Veterans Affairs on February 9, 2021. Pursuant to Fed. R. Civ. P. 25(d), Denis McDonough was automatically substituted as the Defendant. Defendant requests that Robert Wilkie be terminated as a party, that Denis McDonough be substituted as the Defendant, and that the caption be amended to reflect this substitution.

RESPECTFULLY SUBMITTED this 22nd day of March, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Katherine R. Branch*
KATHERINE R. BRANCH
Assistant United States Attorney
*Attorneys for Defendant*