GARY M. RESTAINO
United States Attorney
District of Arizona

NEIL SINGH
Assistant U.S. Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: Neil.Singh@usdoj.gov

*Attorneys for Defendant McDonough*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Claflin,<br>           Plaintiff,<br>   v.<br>Denis McDonough, Secretary of Veterans Affairs,<br>           Defendant. | No. 2:19-cv-04718-JJT<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice is hereby given pursuant to LRCiv 83.3 that Neil Singh, Assistant United States Attorney in the District of Arizona, is substituted for Katherine R. Branch as counsel for Defendant Denis McDonough. New counsel's contact information is listed in the caption above.

Respectfully submitted this 1st day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*Neil Singh*
NEIL SINGH
Assistant United States Attorney
*Attorneys for Defendant McDonough*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Adam Augustine Carter, Esq.**
**R. Scott Oswald, Esq.**
The Employment Law Group, P.C.
888 17th Street, N.W., 9th Floor
Washington, D.C. 20006
Telephone: (202) 261-2803
acarter@employmentlawgroup.com
soswald@employmentlawgroup.com
*Attorneys for Plaintiff*

**William F. King, Esq.**
Bonnett Fairbourn Friedman & Balint, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
bking@bffb.com
*Attorneys for Plaintiff*

*s/Neil Singh*
U.S. Attorney's Office